IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cv-03295-RPM-MEH

PROFESSIONALS DIRECT INSURANCE COMPANY

    Plaintiff,

v.

THE ESTATE OF C. GAROLD SIMS, EDWARD J. WEDELSTEDT,
EJW MANAGEMENT LLC, a Colorado Limited Liability Company,
and VGR SYSTEMS CORPORATION, an Ohio Corporation,

    Defendants.

___

**ORDER DISMISSING ACTION WITH PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**
___

    Pursuant to the Stipulation to Dismiss With Prejudice signed by all parties, it is

    ORDERED that the within action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    So Ordered this 14th day of February, 2013.

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____
                         Richard P. Matsch, Senior District Court Judge